```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br> vs.<br>Jennice M. Jefferson,<br>    Defendant | No. CV A 12-01033<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Jennice M. Jefferson, in the principal amount of $858.26 plus interest accrued to January 12, 2012, in the sum of $1,505.60; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**2,363.86**.

DATED: 2/10/2012    By:  **TERRI NAFISI**
                Clerk of the Court

                 L. RAYFORD
                 Deputy Clerk
                 United States District Court